COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      Rafael Rosa v. Washington International Insurance Company

Appellate case number:    01-18-00270-CV

Trial court case number:  CV-2017-03059

Trial court:              County Court at Law No. 2 of Denton County

On June 6, 2018, the court advised appellant that the reporter's record was overdue and that the court reporter had filed a notice that the reporter's record was not filed because appellant either had not requested it or had not paid for it or made arrangements to pay for it. Appellant was advised that unless the court received written proof by July 6, 2018 that arrangements had been made to pay for the reporter's record, he might be required to file a brief without a reporter's record. We received no response.

Accordingly, the court will consider and decide those issues or points that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c) (stating that, if clerk's record has been filed, appellate court may consider and decide those issues or points that do not require a reporter's record).

Appellant's brief must be filed **no later than 30 days after the date of this order**.

Appellees' brief will be due within 30 days after appellants' brief has been filed.

It is so ORDERED.

Judge's signature: ____/s/ Michael Massengale_____
                   ☒ Acting individually    ☐ Acting for the Court

Date:  _November 8, 2018_____